## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NA'EEM BETZ,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL TELESOURCING, LLC,<br><br>        Defendant. | Civil Action No. 21-cv-1320 (BAH)<br><br>Chief Judge Beryl A. Howell |

## <u>ORDER</u>

Upon consideration of the pleadings, defendant's Motion for Sanctions, ECF No. 15, plaintiff's Motion to Dismiss, ECF No. 16, the memoranda submitted in support and opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the defendant's Motion for Sanctions is DENIED with leave to renew; and its further

**ORDERED** that the defendant's Counterclaim is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6); and it is further

**ORDERED** that the plaintiff's Motion to Dismiss is DENIED as moot; and it is further

**ORDERED** that the parties are directed to file, by December 17, 2021, (1) the Joint Meet and Confer Report required by D.D.C. Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f); and (2) a Joint Status Report explaining their failure timely to file the Joint Meet and Confer Report, which was due on August 18, 2021, *see* Standing Order ¶ 3.a, ECF No. 3.

**SO ORDERED.**

Dated: December 10, 2021

_____
BERYL A. HOWELL
Chief Judge