IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NA'EEM BETZ**, <br><br> Plaintiff, <br><br> v. <br><br> **GLOBAL TELESOURCING, LLC** <br><br> Defendant. | Case No. 1:21-cv-01320-BAH <br><br> Chief Judge Beryl A. Howell |

### PLAINITFF PORTION OF THE STATUS REPORT

Pursuant to the Court's Order on December 10, 2021, Plaintiff files his portion of the Status Report explaining why they did not file the Joint Meet and Confer Report by August 18, 2021, *see* Standing Order ¶ 3.a, Dkt. No. 3.

Defendant's Position:

Plaintiff Na'eem Betz ("Betz") requested consent from Defendant Global Telesourcing, LLC ("Global Telesourcing") to file a second amended complaint on July 29, 2021. See attached as Exhibit A. Given the content of the amendment, Global Telesourcing declined to consent to Betz's filing an additional amendment to the complaint. Based on Betz's expressed intent, counsel for Global Telesourcing believed it would be in the best interest of the parties and the Court to hold off on filing the Joint Meet and Confer until after Betz filed his motion for leave to file a second amended complaint.

On August 10, 2021, counsel for Global Telesourcing emailed Betz and notified him of the parties' obligation to meet and confer: "Pursuant to LCvR 16.3", we have a duty to meet and confer with you regarding this matter. However, because you have notified us of your intent to file a

1

second amended complaint, we believe it is more appropriate to do so at a later time.". See attached as Exhibit B.

Betz again requested consent to file a second amended complaint from Global Telesourcing on September 10, 2021, November 29, 2021, and December 11, 2021. See attached as Exhibit C. At all times Global Telesourcing believed Betz would be filing a motion for leave to file the second amended complaint soon after receipt of those requests and thus believed it was appropriate to file the Joint Meet and Confer after the filing of the second amended complaint.

**Plaintiff's Position:**

Plaintiff will agree less than half of this story is true, but counsel for the Defendant (Kellie Mitchell Bubeck) fails to mention this was **exclusively** her idea to wait to meet and confer "Pursuant to LCvR 16.3". See attached as "Exhibit 1". Plaintiff only mentioned his intentions to file a seconded amended complaint, Plaintiff never proposed the idea to wait and file the status report. Counsel for the Defendant (Kellie Mitchell Bubeck) is a very competent bar licensed attorney who knows the rules and requirements of District Courts, Appellate Courts, even the Supreme Court. Again, Plaintiff is *(Pro Se)* in this matter. Plaintiff strongly believes counsel for the Defendant purposely and willfully acted in bad faith with unclean hands regarding this matter to prejudice Plaintiff pretrial case preparation.

Dated: December 22, 2021,              Respectfully submitted,

                                          */s/ Na'eem Omar Betz*
                                          Na'eem Omar Betz
                                          4244 Hildreth St. SE
                                          Washington, D.C. 20003
                                          Email: nobetzo@gmail.com
                                                                      *Plaintiff, Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following parties via the Court's CM/ECF electronic filing system on this 22nd day of December 2021:

>BEAN, KINNEY & KORMAN, P.C.
>Samuel Banks
>Robert T. Hicks
>2311 Wilson Blvd.
>Arlington, VA 22201
>Email: sbanks@beankinney.com
>          rhicks@beankinney.com
>Telephone: (703) 284-7247
>Facsimile: (703) 525-2207
>
>            -and-
>
>COPILEVITZ, LAM & RANEY, P.C.
>William E. Raney, MO #46954 (*Pro hac vice*)
>Kellie Mitchell Bubeck, MO #65573 (*Pro hac vice*)
>310 W. 20th Street, Suite 300
>Kansas City, Missouri 64108
>Email: braney@clrkc.com
>          kbubeck@clrkc.com
>Telephone: (816) 472-9000
>Facsimile: (816) 472-5000
>
>*Attorneys for Defendant Global Telesourcing, LLC*

>/s/ *Na'eem Omar Betz*
>Plaintiff, *Pro Se,* Na'eem Omar Betz